SEYFARTH SHAW LLP
Alex S. Drummond (GA BN 231116)
adrummond@seyfarth.com
1075 Peachtree Street, N.E., Ste. 2500
Atlanta, Georgia 30309-3958
Telephone:   (404) 885-1500
Mark A. Wagner (DC BN 90004754)
mwagner@seyfarth.com
975 F Street, NW
Washington, DC 20004
Telephone:   (202) 463-2400

Doreen Spears Hartwell
Nevada State Bar No. 7525
HARTWELL THALACKER, LTD
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
Phone: (702) 850-1074

*Attorneys for Defendants*
*The Aaron's Company Inc. and*
*Aaron's LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BLACKMAN, JR, <br><br> Plaintiff, <br><br> v. <br><br> THE AARON'S COMPANY INC., AARON'S LLC; DOES I-X; and, ROE Business Entities I-X, <br><br> Defendants. | Case No. <br><br> **PETITION FOR REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1331, 1441 AND 1446** <br><br> **(FEDERAL QUESTION)** <br><br> Clark County District Court <br> Case No. A-23-871693-C <br><br> *[Filed concurrently with Civil Cover Sheet and Corporate Disclosure Statement]* |

      Defendants The Aaron's Company Inc. and Aaron's LLC (hereinafter collectively referred to as "Aaron's"), by and through its counsel of record, the law firms of Seyfarth Shaw, LLP, and Hartwell Thalacker, Ltd., gives notice to Plaintiff and his counsel of record and the Court of the removal of the above-referenced civil action from the Eighth Judicial District Court, Clark County, Nevada, pursuant to

28 U.S.C. §§1441 and 1446.  This removal is based on federal question jurisdiction.  *See* 28 U.S.C. §1331.  In support of this Petition, Aaron's states the following:

## I. THE REMOVAL IS TIMELY AND PROCEDURALLY CORRECT.

1. Plaintiff filed a civil action on June 6, 2023, in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-23-871693-C, Dept. 9, captioned: *Charles Blackman, Jr. v. The Aaron's Company Inc., Aaron's LLC; Does I-X; and, Roe Business Entities I-X.*

2. Plaintiff's Summons and Complaint were served upon Aaron's on July 11, 2023.

3. The process, pleadings, and orders that have been served upon Aaron's consist of the Summons and Complaint, attached hereto as **Exhibit A**.

4. Venue in this action properly lies before the United States District Court for the District of Nevada because the claims asserted in this action arose in Las Vegas, Nevada, which is within the District of Nevada.

## II. AARON'S BASIS FOR REMOVAL.

5. The above-captioned Complaint is a civil action in which Plaintiff asserts a claim for an alleged violations of Title VII of the Civil Rights Act of 1964 and Section 1981 of the Civil Rights Act of 1866, specifically claiming that the Plaintiff was subjected to discrimination and retaliation in violation of Title VII and Section 1981.  *See* Exhibit 1, ¶1.  Plaintiff further refers to a Charge of Discrimination filed with the Nevada Equal Rights Commission ("NERC") alleging discrimination and retaliation.  *See* Exhibit A, ¶3.

6. This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1331, without regard to citizenship of the parties, as this action contains claims asserting entitlement to damages for claims arising under federal laws over which this Court has original jurisdiction, namely, Title VII and Section 1981.  This Court has removal jurisdiction pursuant to 28 U.S.C. §1441(a) because the Court has original jurisdiction over this action, which could have been brought initially before this Court.

7. This Court has supplemental jurisdiction over any remaining state law claims pursuant to 28 U.S.C. §1367 and jurisdiction over any separate and independent claims as provided in 28 U.S.C. §1441(c).

/ / /

8. Aaron's is informed and believes, and on that basis alleges, that none of the "Doe" or "Roe" defendants in this action have been served. Therefore, it is not necessary to obtain any other defendant's consent to, or joinder in, this Removal.

### III. NOTICE TO STATE COURT AND ADVERSE PARTY

9. Aaron's is filing written notice of this Removal with the clerk of the state court in which the action is currently pending pursuant to 28 U.S.C. § 1446(d). A copy of this Notice of Removal is being served upon Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d), as attested by the concurrently filed Certificate of Service.

Based on the foregoing, Defendants The Aaron's Company Inc. and Aaron's LLC remove this case from the Eighth Judicial District Court, Clark County, Nevada to the United States District Court for the District of Nevada.

DATED: August 10, 2023                    Respectfully submitted,

/s/Doreen Spears Hartwell
Doreen Spears Hartwell
Nevada State Bar No. 7525
11920 Southern Highlands Pkwy #201
Las Vegas, Nevada 89141
Attorneys for Defendant
The Aaron's Company Inc. and
Aaron's LLC