LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd - Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV  89130
(702) 258-1183/ (702) 258-6983 (fax)
jp@kemp-attorneys.com

*Attorneys for Plaintiff* CHARLES BLACKMAN JR.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARLES BLACKMAN JR., <br><br> Plaintiff, <br><br> vs. <br><br> THE AARON'S COMPANY, INC., et. al., <br><br> Defendants. | Case No.:  2:23-cv-01248-APG-VCF <br><br> STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO FILE A RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS ACTION |

Plaintiff CHARLES BLACKMAN and Defendant THE AARON'S COMPANY, INC. by and through their attorneys of record, hereby stipulate and agree to an extension of time for plaintiff to file his response to defendant's motion to compel arbitration and dismiss action. Such motion was filed on August 17, 2023, with a response in opposition being due on August

31, 2023. The parties agree plaintiff will have until September 8, 2023, to file their response in opposition to this motion.

Plaintiff's counsel has informed Defense counsel that Mr. Blackman has been medically indisposed and will not be able and available to sign his declaration before the current deadline for the Opposition.

The extension requested herein is made in good faith and not for purposes of delay.

Dated August 31, 2023

Respectfully submitted,

*/s/ Ruthann Devereaux-Gonzalez*
LEON GREENBERG, ESQ.
RUTHANN DEVEREAUX-GONZALES, ESQ.
LEON GREENBERG PROFESSIONAL CORPORATION

JAMES P. KEMP, ESQ.
KEMP & KEMP, ATTORNEYS AT LAW

*Attorneys for Plaintiff*
CHARLES BLACKMAN

Dated August 31, 2023

Respectfully submitted,

*/s/ Doreen Spears Hartwell*
ALEX S. DRUMMOND, ESQ.
MARK A. WAGNER, ESQ.
SEYFARTH SHAW LLP

DOREEN SPEARS HARTWELL, ESQ.
HARTWELL THALACKER, LTD.

*Attorneys for Defendant*
AARON'S COMPANY, INC.

**IT IS SO ORDERED.**

Dated: September 5, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE