```
 1  SEYFARTH SHAW LLP
    Alex S. Drummond (pro hac vice pending)
 2  (GA BN 231116)
    adrummond@seyfarth.com
 3  1075 Peachtree Street, N.E., Ste. 2500
    Atlanta, Georgia 30309-3958
 4  Telephone:    (404) 885-1500
    Mark A. Wagner (pro hac vice pending)
 5  (DC BN 90004754)
    mwagner@seyfarth.com
 6  975 F Street, NW
    Washington, DC 20004
 7  Telephone:    (202) 463-2400

 8  Doreen Spears Hartwell
    Doreen@HartwellThalacker.com
 9  Nevada State Bar No. 7525
    HARTWELL THALACKER, LTD
10  11920 Southern Highlands Pkwy, Suite 201
    Las Vegas, Nevada 89141
11  Phone: (702) 850-1074

12  *Attorneys for Defendants*
    *Aaron's Company Inc. and*
13  *Aaron's LLC*
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BLACKMAN, JR, <br><br> Plaintiff, <br><br> v. <br><br> THE AARON'S COMPANY INC., AARON'S LLC; DOES I-X; and, ROE Business Entities I-X, <br><br> Defendants. | Case No. 2:23-cv-01248-APG-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSE (Dkt #9)** <br><br> (FIRST REQUEST) |

STIPULATION TO EXTEND TIME

The parties through their respective counsel stipulate as follows:

1. Defendants The Aaron's Company Inc. and Aaron's LLC (collectively referred to as "Aaron's") filed a Motion to Compel Arbitration and to Dismiss Action. (#9)

2. Plaintiff Charles Blackman, Jr. filed his Response on September 5, 2023/ (#14)

3. Defendants Response is due September 12, 2023.

4. The parties have stipulated to a one-week extension making Defendants' Response due on September 19, 2023.

Dated: September 9, 2023.

KEMP & KEMP, ATTORNEYS AT LAW

/s/James P. Kemp
James P. Kemp, NSB #6375
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89143

*Attorneys for Plaintiff Charles Blackman, Jr.*

and

LEON GREENBERG PROFESSIONAL CORP.
Leon Greenberg, NSB #8094
Ruthann Devereauz-Gonzales, NSB #15904
1811 South Rainbow Bl., Suite 210
Las Vegas, NV 89146

*Attorneys for Plaintiff Charles Blackman, Jr.*

Dated: September 9, 2023.

HARTWELL THALACKER, LTD

/s/Doreen Spears Hartwell
Doreen Spears Hartwell, NSB #7525
Laura J Thalacker, NSB #5522
11920 Southern Highlands Pkwy #201
Las Vegas, NV 89141

*Attorneys for Defendants The Aaron's Company, In and Aaron's LLC*

and

SEYFARTH SHAW LLP
Alex Drummond (pro hac vice admission pending)
(GA BN 231116)
1075 Peachtree Street, N.E., Suite 2500
Mark Wagner (pro hac vice admission pending)
(DC BN 90004754)
975 F. Street, NW
Washington, DC 20004

*Attorneys for Defendants The Aaron's Company, Inc. and Aaron's LLC*

**IT IS SO ORDERED.**

Dated: this 18th day of September, 2023.

_____
DISTRICT JUDGE