Doreen Spears Hartwell
Doreen@HartwellThalacker.com
Nevada State Bar No. 7525
HARTWELL THALACKER, LTD
11920 Southern Highlands Pkwy, Suite 201
Las Vegas, Nevada 89141
Phone: (702) 850-1074

*Attorneys for Defendants
Aaron's Company Inc. and
Aaron's LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BLACKMAN, JR, <br><br> Plaintiff, <br><br> v. <br><br> THE AARON'S COMPANY INC., AARON'S LLC; DOES I-X; and, ROE Business Entities I-X, <br><br> Defendants. | Case No. 2:23-cv-001248-APG-VCF <br><br> ~~PROPOSED~~ **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD (Dkt #23)** |

Doreen Spears Hartwell of Hartwell Thalacker, Ltd. having filed a Motion to Withdraw as Counsel of Record for Defendants The Aaron's Company, Inc. and Aaron's LLC (collectively "Defendants"); Jennifer Brooks, Esq. of Seyfarth Shaw LLP having filed a Notice of Appearance as counsel for Defendants; Ms. Brooks having a Nevada State Bar license; Ms. Hartwell's withdrawal will not delay the proceedings or cause any prejudice to either party; and for good cause shown;

**IT IS HEREBY ORDERED** that the Motion to Withdraw as Counsel (Dkt. #23) is granted.

Dated: this 6th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE