LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd - Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV  89130
(702) 258-1183/ (702) 258-6983 (fax)
jp@kemp-attorneys.com

*Attorneys for Plaintiff* CHARLES BLACKMAN JR.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARLES BLACKMAN JR.,<br><br>Plaintiff,<br><br>vs.<br><br>THE AARON'S COMPANY, INC., et. al.,<br><br>Defendants. | Case No.: 2:23-cv-01248-APG-VCF<br><br>STIPULATION AND ORDER TO HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS ACTION |

   Plaintiff CHARLES BLACKMAN and Defendant THE AARON'S COMPANY, INC. by and through their attorneys of record, hereby stipulate and agree to continue the hearing, currently scheduled for Wednesday November 8, 2023, at 11:00 a.m. on defendant's motion to

1

compel arbitration and dismiss action to November 29, 2023, at 3:30 pm. Such continuance is necessary to accommodate scheduling conflicts among counsel.

The extension requested herein is made in good faith and not for purposes of delay.

Dated: November 7, 2023               Dated: November 7, 2023

Respectfully submitted,               Respectfully submitted,

*/s/ Ruthann Devereaux-Gonzalez*      */s/ Jennifer Brooks*
LEON GREENBERG, ESQ.                  JENNIFER BROOKS, ESQ.
RUTHANN DEVEREAUX-GONZALES, ESQ.      ALEX S. DRUMMOND, ESQ.
LEON GREENBERG PROFESSIONAL           MARK A. WAGNER, ESQ.
CORPORATION                           SEYFARTH SHAW LLP

JAMES P. KEMP, ESQ.
KEMP & KEMP, ATTORNEYS AT LAW

*Attorneys for Plaintiff*              *Attorneys for Defendant*
CHARLES BLACKMAN                       AARON'S COMPANY, INC.

**IT IS SO ORDERED.**

Dated: November 7, 2023

_____

UNITED STATES DISTRICTJUDGE