SEYFARTH SHAW LLP
Alex S. Drummond (admitted pro hac vice)
adrummond@seyfarth.com
1075 Peachtree Street, N.E., Ste. 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500

Mark A. Wagner (admitted pro hac vice)
mwagner@seyfarth.com
975 F Street, NW
Washington, DC 20004
Telephone: (202) 463-2400

Jennifer R. Brooks
jrbrooks@seyfarth.com
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300

Attorneys for Defendants
*The Aaron's Company Inc. and Aaron's LLC*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BLACKMAN, JR, <br><br> Plaintiff, <br><br> v. <br><br> THE AARON'S COMPANY INC., AARON'S LLC; DOES I-X; and, ROE Business Entities I-X, <br><br> Defendants. | Case No. 2:23-cv-001248-APG-MDC <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE SUPPLEMENTAL BRIEF** <br><br> **(First Request)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendants The Aaron's Company, Inc. and Aaron's LLC (hereinafter collectively referred to as "Aaron's") and Plaintiff Charles Blackman, by and through their respective attorneys of record, hereby stipulate and agree to extend the time for Aaron's to file its supplemental brief pursuant to this Court's Order dated December 1, 2023 (ECF 35) by one week, from January 26, 2024 to February 1, 2024.

/ / /

/ / /

307825778v.1

The extension requested herein is made in good faith and not for purposes of delay in order to accommodate illness of counsel for Defendants. This is the first stipulation for extension of time to file supplemental briefs.

Dated: January 24, 2024

Respectfully submitted,

By: */s/ Mark A. Wagner*
Mark A. Wagner (admitted pro hac vice)
SEYFARTH SHAW LLP

*Attorneys for Defendants*
*The Aaron's Company Inc. and*
*Aaron's LLC*

Dated: January 24, 2024

Respectfully submitted,

By: */s/ Ruthann Devereaux-Gonzalez*
Ruthann Devereaux-Gonzalez, Esq.
LEON GREENBERG PROFESSIONAL CORPORATION

James P. Kemp, Esq.
KEMP & KEMP, ATTORNEYS AT LAW

*Attorneys for Plaintiff*
*Charles Blackman, Jr.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: January 25, 2024