SEYFARTH SHAW LLP
Alex S. Drummond (admitted pro hac vice)
adrummond@seyfarth.com
1075 Peachtree Street, N.E., Ste. 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500

Mark A. Wagner (admitted pro hac vice)
mwagner@seyfarth.com
975 F Street, NW
Washington, DC 20004
Telephone: (202) 463-2400

Jennifer R. Brooks
jrbrooks@seyfarth.com
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300

Attorneys for Defendants
*The Aaron's Company Inc. and
Aaron's LLC*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES BLACKMAN, JR, | Case No. 2:23-cv-001248 |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR RECONSIDERATION** |
| v. | |
| THE AARON'S COMPANY INC., AARON'S LLC; DOES I-X; and, ROE Business Entities I-X, | |
| | **(First Request)** |
| Defendants. | |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendants The Aaron's Company, Inc. and Aaron's LLC (hereinafter collectively referred to as "Aaron's") and Plaintiff Charles Blackman, by and through their respective attorneys of record, hereby stipulate and agree to extend the time for Aaron's to file its response to Plaintiff's Motion for Reconsideration (ECF 43) by two weeks, from April 3, 2024 to **April 17, 2024**.

/ / /

/ / /

1   The extension requested herein is made in good faith and not for purposes of delay. This is the first stipulation for an extension of time to file a response to Plaintiff's Motion for Reconsideration.

Dated: April 2, 2024

Respectfully submitted,

By: */s/ Mark A. Wagner*
Mark A. Wagner (admitted pro hac vice)
SEYFARTH SHAW LLP

*Attorneys for Defendants
The Aaron's Company Inc. and
Aaron's LLC*

Dated: April 2, 2024

Respectfully submitted,

By:/s/*James P. Kemp* (signed by Mark Wagner with authorization)
Ruthann Devereaux-Gonzalez, Esq.
LEON GREENBERG PROFESSIONAL CORPORATION

James P. Kemp, Esq.
KEMP & KEMP, ATTORNEYS AT LAW

*Attorneys for Plaintiff
Charles Blackman, Jr.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: April 3, 2024