1  LEON GREENBERG, ESQ., SBN 8094
   RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
2  Leon Greenberg Professional Corporation
   1811 South Rainbow Blvd - Suite 210
3  Las Vegas, Nevada 89146
   (702) 383-6085
4  (702) 385-1827(fax)
   leongreenberg@overtimelaw.com
5  ranni@overtimelaw.com

6
   JAMES P. KEMP, ESQUIRE
7  Nevada Bar No. 006375
   KEMP & KEMP, ATTORNEYS AT LAW
8  7435 W. Azure Drive, Suite 110,
   Las Vegas, NV  89130
9  (702) 258-1183/ (702) 258-6983 (fax)
10 jp@kemp-attorneys.com

11 *Attorneys for Plaintiff* CHARLES BLACKMAN JR.

12

13                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA

14                                  * * *

15 CHARLES BLACKMAN JR.,            )
                                    ) Case No.:  2:23-cv-01248-APG-VCF
16                                  )
                                    )
17                                  )
                        Plaintiff,  ) STIPULATION AND ORDER TO EXTEND
18 vs.                              ) PLAINTIFF'S TIME TO FILE A REPLY TO
                                    ) DEFENDANT'S RESPONSE IN
19                                  ) OPPOSITION TO PLAINTIFF'S ECF 43
                                    ) MOTION FOR RECONSIDERATION
20 THE AARON'S COMPANY, INC., et. al.,  )
                                    )
21                      Defendants. )
                                    )
22 _____ )

23

24     Plaintiff CHARLES BLACKMAN and Defendants THE AARON'S COMPANY, INC. and

25 AARON'S LLC by and through their attorneys of record, hereby stipulate and agree to an

26 extension of time for plaintiff to file his reply to defendant's response to plaintiff's motion for

27 reconsideration (ECF 46).  Such response was filed on April 18, 2024, with a reply being due on

28

                                       1

1   April 25, 2024.  The parties agree plaintiff will have until May 9, 2024, to file their reply to

2   defendant's response in opposition.

3         The extension requested herein is made in good faith and not for purposes of delay.

4

5   Dated April 19, 2024                        Dated April 19, 2024

6   Respectfully submitted,                     Respectfully submitted,

7

8   /s/ Ruthann Devereaux-Gonzalez              /s/ Mark A. Wagner

9   LEON GREENBERG, ESQ.                        Mark A. Wagner (admitted pro hac vice)
    RUTHANN DEVEREAUX-GONZALES, ESQ.  SEYFARTH SHAW LLP

10  LEON GREENBERG PROFESSIONAL
    CORPORATION                                 *Attorneys for Defendant*

11                                              AARON'S COMPANY, INC. and
    JAMES P. KEMP, ESQ.                         Aaron's LLC

12  KEMP & KEMP, ATTORNEYS AT LAW

13  *Attorneys for Plaintiff*
    CHARLES BLACKMAN

14

15

16

17

18                                         **IT IS SO ORDERED.**

19

20

21                                         Dated: _April 22, 2024_____

22

23                                         _____

24                                         UNITED STATES DISTRICT JUDGE

25

26

27

28

                                    2