LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd - Suite 210
Las Vegas, Nevada 89146
(702) 383-6085
(702) 385-1827(fax)
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV 89130
(702) 258-1183/ (702) 258-6983 (fax)
jp@kemp-attorneys.com

*Attorneys for Plaintiff* CHARLES BLACKMAN JR.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARLES BLACKMAN JR., <br><br> Plaintiff, <br><br> vs. <br><br> THE AARON'S COMPANY, INC., et. al., <br><br> Defendants. | Case No.: 2:23-cv-01248-APG-VCF <br><br> STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO FILE A REPLY TO DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S ECF 43 MOTION FOR RECONSIDERATION |

Plaintiff CHARLES BLACKMAN and Defendants THE AARON'S COMPANY, INC. and AARON'S LLC by and through their attorneys of record, hereby stipulate and agree to an extension of time for plaintiff to file his reply to defendant's response to plaintiff's motion for reconsideration (ECF 46). Such response was filed on April 18, 2024, with a reply being due on

1

May 9, 2024. The parties agree plaintiff will have until May 24, 2024, to file their reply to defendant's response in opposition.

The extension requested herein is made in good faith and not for purposes of delay.

Dated May 8, 2024

Respectfully submitted,

/s/ Ruthann Devereaux-Gonzalez
LEON GREENBERG, ESQ.
RUTHANN DEVEREAUX-GONZALES, ESQ.
LEON GREENBERG PROFESSIONAL CORPORATION

JAMES P. KEMP, ESQ.
KEMP & KEMP, ATTORNEYS AT LAW

*Attorneys for Plaintiff*
CHARLES BLACKMAN

Dated May 8, 2024

Respectfully submitted,

/s/ Mark A. Wagner
Mark A. Wagner (admitted pro hac vice)
SEYFARTH SHAW LLP

*Attorneys for Defendant*
AARON'S COMPANY, INC. and Aaron's LLC

**IT IS SO ORDERED.**

Dated: May 9, 2024

_____
UNITED STATES DISTRICT JUDGE